UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN GONZABAY and MANUEL BERREONDO,<br><br>Plaintiffs,<br><br>- against -<br><br>CAPRI SOUTH ISLAND PIZZA CORP. d/b/a CAPRI PIZZA & PASTA and/or any other entities affiliated with or controlled by CAPRI SOUTH ISLAND PIZZA CORP., and ANGELO MACCHIA, individually.<br><br>Defendants. | **Case No.:**<br>**15-cv-07553(CS)**<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, Affirmation of Leonor H. Coyle, sworn to on May 2, 2016, and all exhibits attached hereto, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, 10601, before the Honorable Cathy Seibel, U.S.D. J. for the Plaintiff's Unopposed Motion for an Order approving this FLSA settlement pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Dated: New York, New York
       May 2, 2016

                                                   _____/s/_____
                                                   Leonor Coyle, Esq.
                                                   VIRGINIA & AMBINDER, LLP
                                                   40 Broad Street, 7th Floor
                                                   New York, New York 10004
                                                   Tel:    (212) 943-9080
                                                   lcoyle@vandallp.com
                                                   *Attorneys for Plaintiffs*