UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN GONZABAY and MANUEL BERREONDO,

                                Plaintiffs,

- against -

CAPRI SOUTH ISLAND PIZZA CORP. d/b/a CAPRI PIZZA & PASTA and/or any other entities affiliated with or controlled by CAPRI SOUTH ISLAND PIZZA CORP., and ANGELO MACCHIA, individually,

                                Defendants.

Case No.:
15-cv-07553(CS)

STIPULATION
OF DISMISSAL

IT IS HEREBY stipulated and agreed, by and between the undersigned, as attorneys for all of the parties to the above captioned action that, whereas no party is a minor or incompetent for whom a guardian or conservator has been appointed, and whereas the said action has been settled and compromised, that the said action be, and the same hereby is, dismissed, with prejudice, as to all parties, without costs, disbursements or professional fees. The Court shall retain jurisdiction over this matter solely for purposes of enforcement of the settlement.

Dated: New York, New York
May 4, 2016

VIRGINIA & AMBINDER, LLP
Attorneys for Plaintiffs

By: _____
Leonor H. Coyle, Esq.
40 Broad Street 7th Floor
New York, New York 10004
(212) 943-9080

JOSEPH A. MARIA, P.C.
Attorneys for Defendants

By: _____
Joseph A. Maria, Esq.
301 Old Tarrytown Road
White Plains, New York 10603
(917) 684-0333

The settlement agreement is approved as fair and reasonable, and the attorneys' fees are approved as reasonable. See Doc. 31. The outstanding matters having been cleared up, this stipulation of dismissal is so-ordered. The Clerk shall close the case.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.     5/13/16